DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVETT DEL SOCARRO HEREDIA,**
Appellant,

v.

**SURF CONSULTANTS, III LLC,** a/s/o **UNITED TRANZACTIONS, LLC,**
Appellee.

No. 4D2024-2136

[November 20, 2024]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. COCE22-055950.

Jerome A. Pivnik of the Pivnik Law Firm, Miami, for appellant.

Ryan E. Sprechman of Sprechman & Fisher, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed. See Kathleen G. Kozinski, P.A. v. Phillips*, 126 So. 3d 1264, 1268 (Fla 4th DCA 2013) ("[A] defendant may not simply ignore the process, sit idly by, let default be entered against [her], and then successfully move to set aside the judgment more than a year after it is rendered.") (citation and internal quotation marks omitted).

KLINGENSMITH, C.J., WARNER and MAY, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***